Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Creative Photographers, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Media122, LLC, et al., <br><br> Defendants. | Case No. 2:24-cv-01726-JFW-MAA <br> *Honorable John F. Walter Presiding* <br><br> **DECLARATION OF LEAD TRIAL COUNSEL** |

I, Stephen M. Doniger, am a partner at Doniger / Burroughs and am lead trial counsel for Plaintiff Creative Photographers, Inc. in this case. I declare as follows:

1. I am registered as a "CM/ECF User."
2. My "email address of record" is stephen@donigerlawfirm.com.
3. I have read the Court's Standing Order and the Local Rules.

I declare under the laws of the United States of America and penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2024

Respectfully submitted,

By: */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*