Jason T. Riddick (SBN 235980)
RIDDICK LAW APC
*Jason@Riddick-Law.com*
30745 Pacific Coast Highway, # 353
Malibu, California 90265
Tel: (424) 323-4545

Hartley T. Bernstein, Esq.
Bernstein Cherney LLP
955 Park Avenue, Fifth Floor West
New York, New York 10028
Tel: 212-381-9684
hbernstein@bernsteincherney.com
(Pro Hac Vice Forthcoming)

Attorneys for Defendant MEDIA122, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

CREATIVE PHOTOGRAPHERS, INC., a New York Corporation

Plaintiff,

v.

MEDIA122, LLC, a California Limited Liability Company; and DOES 1-10

Defendants.

Case No. 2:24-cv-01726

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT MEDIA122, LLC**

Defendant Media122, LLC ("Defendant") answers the Complaint of Plaintiff Creative Photographers, Inc. ("Plaintiff") as follows:

**JURISDICTION AND VENUE**

1. Paragraph 1 of the Complaint states a legal conclusion, for which no response is required.

2. Paragraph 2 of the Complaint states a legal conclusion, for which no response is required.

3. Denies each and every allegation set forth in Paragraph 3 of the Complaint.

**PARTIES**

4. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 4 of the Complaint.

5. Denies each and every allegation set forth in Paragraph 5 of the Complaint, except admits that Defendant Media 122, LLC ("Media") is a California limited liability company with a principal place of business at 120 Newport Center Drive, Newport Beach, California, and further admits that Media owns and operates a website identified as top5.com (the "Website").

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 of the Complaint.

7. Denies each and every allegation against Media set forth in Paragraph 7 of the Complaint and denies knowledge or information sufficient to form a belief as

to the truth of the allegations set forth therein against any other party.

**MEDIA122'S UNAUTHORIZED USES OF THE SUBJECT PHOTOGRAPHS**

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 of the Complaint.

9. Denies each and every allegation set forth in Paragraph 9 of the Complaint, except admits that certain photographs identified in the Complaint (the "Subject Photographs") were displayed on the Website.

10. Paragraph 10 of the Complaint does not assert any allegation for which a response is required.

11. Denies each and every allegation set forth in Paragraph 11 of the Complaint.

12. Denies each and every allegation set forth in Paragraph 12 of the Complaint, except admits that Media received correspondence from counsel for Plaintiff demanding removal of the Images from the Website and certain information and that Media responded to such letter.

**FIRST CLAIM FOR RELIEF**
**(For Copyright Infringement – Against All Defendants)**

13. In response to Paragraph 13 of the Complaint, repeats and reiterates its responses to Paragraphs 1 through 12 as if fully set forth hereat.

14. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 14 of the Complaint.

15. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 15 of the Complaint.

16. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 16 of the Complaint.

17. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 17 of the Complaint.

18. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 18 of the Complaint.

## PRAYER FOR RELIEF

Defendant denies each and every allegation and demand set forth in the Prayer for Relief.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Cause of Action)

1. Plaintiff fails to set forth a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE
(Standing)

2. Plaintiff lacks standing to assert claims for copyright infringement of the Images.

### THIRD AFFIRMATIVE DEFENSE
(Absence of Copyright)

3. Plaintiff does not hold any copyright in the Subject Photographs or any

right to assert a copyright claim on behalf of a third-party.

FOURTH AFFIRMATIVE DEFENSE
(Fair Use)

4. Defendant's use of the photograph in question is protected under the doctrine of fair use since it was transformative and did not affect the market for the photograph. Publication of the photograph by Defendant added new and different meaning; any article including the photograph was informative, employed different aesthetics and insights, and included multiple other photographs.

FIFTH AFFIRMATIVE DEFENSE
(Justification/Good Faith)

5. Defendant's actions were justified and/or taken in good faith and were not willful, purposeful, or intentional.

SIXTH AFFIRMATIVE DEFENSE
(De Minimis Use)

6. Any use by Defendant of the Subject Photographs by Plaintiff was de minimis. Use of the subject photograph was not significant; it was incorporated in an informative article that included multiple photographs.

SEVENTH AFFIRMATIVE DEFENSE
(Statute of Limitations)

7. Plaintiff's claims are barred by the applicable statutes of limitations. Plaintiff, by its own admission, failed to commence this action within three years after the claim accrued. 17 U.S.C. § 507(b).

EIGHTH AFFIRMATIVE DEFENSE

(Laches)

8. Plaintiff's claims are barred by the doctrine of laches.

NINTH AFFIRMATIVE DEFENSE
(Failure to Name Proper Party)

9. Plaintiff, who does not hold the copyright in any of the Subject Photographs, has failed to name as a party the individual or individuals who may hold copyrights for the Subject Photographs.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a trial by the jury on the claims herein and all issues and claims so triable in this action.

WHEREFORE, Defendant respectfully requests that the Court enter judgment:

1. That Plaintiff take nothing by reason of its Complaint;

2. That judgment on Plaintiff's Complaint be rendered in favor of these answering Defendants;

3. That these answering Defendants be awarded costs of suit;

4. That these answering Defendants be awarded attorneys' fees;

5. For such other and further relief as the Court deems just, equitable, and proper.

DATED: May 13, 2024

RIDDICK LAW APC

By: /s/ Jason Riddick

Attorneys for Defendant MEDIA122, LLC