**DENIED BY ORDER OF THE COURT**

**No Showing of Good Cause**

12/18/24

*[signature: John F. Walter]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Creative Photographers, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Media122, LLC, et al., <br><br> Defendant. | Case No. 2:24-cv-01726-JFW-MAAx <br> *Hon. John F. Walter Presiding* <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE EXTENSION DEADLINES** |

Pursuant to the Parties' Stipulation and good cause appearing therefor, the Court **HEREBY ORDERS** the following:

1. The deadlines set forth in in Schedule of Trial and Pretrial Dates (Dkt. 25) be extend by 60 days are hereby extend by 60 days:

   a. **Trial**: May 20, 2025
   b. **Hearing on Motions in Limine, Disputed Jury Instructions**: May 9, 2025
   c. **Pre-Trial Conference**: May 2, 2025
   d. **Submit Pre-Trial Conf. Order; File Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; File Status Report re: Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc**.: April 17, 2025
   e. **Last day for hearing motions**: March 24, 2025
   f. **Discovery cutoff**: February 28, 2025
   g. **Last day to conduct settlement conference/mediation**: February 10, 2025
   h. **Last day to file Joint Report re: results of settlement conference/mediation**: February 13, 2025

SO ORDERED.

DATED:          By:    Denied
                       _____
                       Honorable John F. Walter
                       United States District Judge

**\*note to counsel: proposed order not emailed to Chambers\***

-1-

[PROPOSED] ORDER